

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00200-CV

**ALPHA GREEN DEVELOPMENT INC.** and Panhandle Highlands JV,
Appellants

v.

Jorge A. **GAMBOA** d/b/a RE/MAX Elite,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-07951
Honorable Gloria Saldaña, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs are assessed against the party that incurred them.

SIGNED September 25, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice